RECEIPT # 65293
AMOUNT $
SUMMONS ISS.
RULE 4.1
WAIVER OF SERV.
MCF ISSUED
AO 120 OR 121
BY DPTY CLK

# United States District Court
# Boston

# Petition for Writ of Habeas Corpus

Now comes Ernest Frobese A tax payer, citizen and resident of Billerica Massachusetts to MOVE this honorable Court for redress from Malfeasance and Nonfeasance of your legal Colleagues denying me due process of law, Trial by Jury, Indictment by Jury and the return of the unlawfully seized property and damages under the Civil Rights Act and counsel to assist in obtaining and presenting witnesses in this matter.

My first experience with the legal Community was at the age of seventeen in the U. S. District Court in Boston, When the presiding Judge Charles W. Wozanski Jr., cleared the Court of the Jury and everyone except the Lawyers and his bodyguard and asked me if I believed in God and when I said I did He stated to Me that He was the closest thing to God that I would encounter on this earth and the Jury meant nothing and he would denied any award they made

In the hallway living the Court trying to keep up with my Lawyers who were running like little puppy with there tails between there legs, The Lawyer for the Defense came running after Me and stated that He was a Lawyer for thirty years and had never seen any thing like this and the Judge had to be paid off, That he was instructed by his client not to make any offer of settlement, but did because the case warrant it.

My lawyers one an assistant District Attorney in Middlesex County and the other a Clerk in the U. S. District Court elected to take the offer and run.

My Family and I are the victims, of a legal system of the Lawyers, by the Lawyer, and for the Lawyers.

Our Constitution *(The supreme Law of the Land)* evolved out of the actions of the greedy Lawyers, of Massachusetts, Shays rebellion and attacks by farmers on Court Houses throughout the State led to the need for a central Government to protect us in or lives, liberty and property.

Pg1

It was at the Constitutional Convention in Philadelphia that Jonathan Elliot from Massachusetts stated.

*"(These Lawyers, These men of learning, moneyed men who gloss over maters so smoothly to force us pore illiterate people to take the pill, expect to get into Congress and then they will have all the power and all the money for themselves and will swallow us little folk like the great Leviathan, yes mister President, like the wail swallowed Jonah)"*

Governments, failure to protect me in my life liberty and property: From the Towns of Chelmsford, Billerica and Courts of the Commonwealth.

The seizure of my home and children by the Chelmsford Police. On an order from the Lowell District Court. Without an indictment trial or a hearing.(December 4, 1981)

The seizure of my wages with the town of Chelmsford without a trial or hearing.

Imprisonment for contempt of Court on three occasions without trial or indictment

The seizure of my house in Dracut Massachusetts by the Family and Probate Court in Concord where I was arrested and held till I signed over the Property, The Judge ordered the stenographer not to record the minutes of the hearing.

My complaints to the U. S, District Court in Boston resulted in the seizure of by Bank account by the I. R. S.

My ex-wife sold my home in Chelmsford and moved to Florida with no consideration to me and all the Children moved in with me in the family home at 33 Irene Avenue Billerica, and the State would not remove the pay attachment and sent them to her in Florida.

On December 4, 1994 I was arrested by the Billerica Police in the family home on Irene Avenue charging me with sexually assaulting my eleven year old granddaughter without a warrant or oath of affirmation. On the way to the Police station I asked to make a video statement of what happened and it was granted and that my statement would be sent to the Lowell District Court and I was released on personal recognizance. Meanwhile the prosecutor sent out press releses labeling me a pedophile and a threat to the community forcing me to resign from my job as a Fire Fighter and my Mother to have a stroke.

In Court the prosecution offered to let the case go without a finding implying that my granddaughter and I put this together to bring attention to my previously ignored complaints to the Courts. I refused the offer and demanded a dismissal or an indictment and damages.

At a latter date I was arrested on the same charge and held at the Billerica Police station without bail from Friday to Monday. At the Police station I was told by the original arresting officer Richard Howe that this was not there doing, and had pist off Judge Walker and he wanted to teach me a lesion. In Court I was approached by Captain McNulty of the Billerica Police who told me that all I had to do was apologize to Judge Walker and he would dismiss all the charges I told Captain McNulty that I was going over the glass cubical we were in and do everything in my power to rip his head off this was over heard by a Court officer and radioed back when a Judge appeared Captain McNulty approached me again and stated that it was not Judge Walker and he didn't know who he was or what was going on and begged me to just set there and not say a word that the woman standing outside the cubical was going to represent me. The woman was Attorney McNeil she hired a private investigator John Clemens 9 Putnam Road Billerica I realized that this was not done to held me but to obtain incriminating evidence against me when another retired State Police Officer who I hadn't seen in twenty years came to my house and tried to convince me to go to Arizona with him and his family for a couple of years.

Like a fool I let McNeal lead me to the Lowell District Court with my son Eric who was also summons. I was sitting with John Clemens in the hall outside the Court room when Attorney Kevin Finnegan who stole my house in Dracut made his presence known as he did in my previous Court Appearances. McNeil, Richard Howe and the prosecutor all denied any knowledge of the video statement made by me at the Billerica Police station yet McNeil was able to describe the office I was in at the Billerica Police station what I was wearing and the fact that I did not have my glasses.

The Chelmsford Police and Fire Departments also had copies of the video.

Clemens Was concerned that McNeil had not summons any of the character witnesses he had provided her with. The only witnesses were two Billerica Police officers my Daughter her husband and my granddaughter who was concerned that here father would not let her go skiing with the other children at St. Margaret's School that I had paid for.

After an interpretation of reasonable doubt by the presiding Judge I was found guilty and sentenced to the Billerica House of Correction for two and a half years the Court would not recognize my claim for a mistrial or stay of execution pending an appeal. All my pleas ignored.

In prison the guards were telling other inmates that I was raping and molesting little girls and putting milk crates by my cell and telling me to hang myself.

In prison I received a complaint from my Daughter seeking pain and suffering for her and my granddaughter through Attorney Richard Howe I answered the complaint and noted my right to a JURY trial. Through discovery I learned that my granddaughters had been molested by here father for years.

After my release from prison I went to the Lowell Superior Court for a pretrial hearing my granddaughter now Sixteen stated under oath that I never touched here and that when she gets nervous or scared she acts out and that she has don this before and after the incident between us.

The presiding Judge paid no attention to the testimony and entered a preliminary judgment against me. The next thing I knew was that Attorney Richard Howe of Lowell, Took Thirty + thousand dollars out of my checking account, the family property on Irene Avenue was in my Daughters name, and I was served with a summons to appear in land Court in Boston I answered the summons in writing prior to my appearance only to hear the same old redirect I'll take the matter under advisement and a week or so latter I received via mail an order to vacate the Family property on Irene Avenue.

*<u>Absolutely no Government agent official or representative at any level or capacity has the power or right to deprive anyone of life, liberty or property against there will without DUE PROCESS OF LAW trial by JURY and Government cannot force anyone to trial without an INDICTMENT by a jury we live in a republic of the people by the people and for the people, not of the lawyer for the lawyer by the lawyers.</u>*

Early one morning four thirty or so my son and I were awakened by three uniformed officers one from the Billerica Police and two from the Sheriffs Dept. stating that they had a warrant for my roommate Larry Gray who was out of town on business when I demanded to see the warrant they said it was in the car and one of them proceeded to search the house once again I demanded to see the warrant to enter and search the property one of them went out to the car and came back with a copy of the order from the lane court to vacate the property.

Pg4

      They told me that I had a week to get off the property or they would come and take me off and a week later latter an army of police who surrounded the house with rifles. I talked on the phone to a commanding officer from the Billerica police who stated he did not see a warrant and the Sheriff's stated that I had it. I refused to step outside and discuss the matter and a Swat Team broke down the door and brutally attacked me with mace, hitting me in the face with an assault rifle. They all toke a shot at me for bragging rights and arrested me beaten and bleeding for assaulting them. My sister paid one thousand dollars bail and my son Michael toke me to his house in New Hampshire to keep me away from the operation of removing my belonging from the house.

      I appeared in the Lowell District Court where the Judge reduced the bail and appointed Attorney Matthew P. Demaras of Lowell.

      Instead of fallowing my instructions to challenge the legality of the restraints upon my life, liberty and property engaged in a process of portraying me as a Donta Hoady a delusional old man chasing windmills and had me sentences to the Tewksbury State Hospital without a trial or INDICTMENT and all my pleadings for redress to my state and federal Governments resulted in eight or ten men holding me down and forcing drugs on me. Eventually another Lawyer Gregory Oberhauser of Lowell was sent to represent me and I established a written dialogue with copies to the Justice Dept. Attorney General W. B.Z. TV who was asked to witness the actions of the legal community since the early nineteen eighties.

      Oberhauser retained a privet investigator who confirmed the fact that the Sheriff did not have a warrant or right to enter or seize any property. Instead of acting on this information changed the subject by trying to coheres me into registering as a sex offender and had me re-sentenced to the Tewksbury Hospital who's attitude had completely changed and there efforts were more on resolving the litigation then in forcing there will on me. I believe that they told the Court they didn't wont me there and not to send me there any more.

      Now that the charge of assault was mute they created another. (Failure to register as a sex offender.) This resulted in my arrest's by The Billerica Police on two occasions, and the State Police once enforcing an EX POST FACTO LAW. The suspending of my commercial drivers license, registration, insurance, and contractors license without a hearing or indictment.

      Now that they failed to prosecute the sex offender charge they have arrested me again and held me without bail on a frivolous charge of failure to restrain dogs, license them and pay fines. I do not own a Dog.

      You lawyers my call it hard ball. I would call it racketeering, influence and corrupt organization and I move this Court to act in the appointment of a competent counsel to assist me in obtaining evidence and witnesses to a JURY for damages of one billion three million dollars for the FAILURE to protect me in my life, liberty and property.

      Let me remind you that the Writ of Habeas Corpus (Blackstone's Common law or great writ of Liberty) can't be denied must be presented to the Court immediately and is to take preference over all other business before the Court.

      (The Civil Rights Act.) Makes it mandatory for a Court of Law to triple the damages to anyone denied there Constitutional or Civil Rights to by any Government agent or representative at any level or capacity.

      I, Ernest J. Frobese also known as E. J. Frobese swear under the pain of perjury that all of the above is true to the best of my memory and beliefs.

July 21, 2005

*E. J. Frobese* (signature)

E. J. Frobese
54 Connolly Road
Billerica Ma, 01821
(978) 857 0809
(978) 667 6437

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ERNEST J. FROBESE

### DEFENDANTS
U.S.A. - MASSACHUSETTS

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
05 - 11549 GAO

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE    SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _FROBESE V. U.S.A. AND MASSACHUSETTS_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   [✓] I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   [ ] II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   [ ] IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   [ ] V. 150, 152, 153.

   05 - 11549 GAO

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   _To merry to mention_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [✓]    NO [ ]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [✓]    NO [ ]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [✓]    NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]    NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [✓]    NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [✓]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(CategoryForm.wpd -5/2/05)