E. J. Frobese
54 Connolly Road
Billerica, Ma 01821
Tel. (978) 667 6437
Cell (978) 857 0809

August 18, 2005

To the Clerk
U. S. District Court
Boston, Massachusetts

RE: Writ of Habeas Corpus:

Please find for the record and presentment to the Court my amended complaint for redress

The failure of you Lawyers to act in a timely manner has resulted in my arrest by the Billerica Police and held without bail or indictment on August 13, 14, and 15. And has increased the damages another one million Dollars.

You Lawyers seriously need reorientation in the CONSTITUTIONS of Massachusetts and the United States of America.

Copies of same have been sent by mail to U. S. justice Dept., Attorney General MA., Lowell District Court and W. B. Z. TV.

Truly Yours

*E. J. Frobese*
E. J. Frobese
August 18, 2005