UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNEST .J. FROBESE,<br>　　　　Petitioner,<br><br>　　　v.<br><br>UNITED STATES JUSTICE DEPARTMENT,<br>ET AL.,<br>　　　　Respondents | )<br>)<br>)<br>)   C.A. No. 05-11549-GAO<br>)<br>)<br>)<br>) |

ORDER FOR DISMISSAL

O'TOOLE, D.J.

　　In accordance with the Memorandum and Order dated October 5, 2005 directing this action be dismissed for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

　　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　/s/ Paul Lyness
Dated: October 7, 2005　　　　　　　　　　Deputy Clerk