E. J. Frobese
54 Connolly Road
Billerica, Ma 01821
Tel. (978) 667 6437
Cell (978) 857 0809

September 26, 2005

To the Clerk
U. S. District Court
Boston, Massachusetts

RE: Writ of Habeas Corpus:

Please find for the record and presentment to the Court my amended complaint for redress by adding one million dollars.

The failure of you Lawyers to act in a timely manner has resulted in my arrest on September 23 by the Billerica Police for the fourth time on the same charge. I'm sure you don't need a degree from Harvard to know the bill of rights clearly states no one can be held to answer to the same crime twice.

The arresting officer came to my door and I answered it and asked him what he wanted, He stated he had a warrant for my arrest, I asked to see the warrant, he stated that it was at the Police station, When I told him he must produce the warrant in order to execute he grabbed me handcuffed me.

The booking officer advised me to settle down for the weekend that I should know the drill by now. I demanded my right to bail and it was granted.

I appeared in the Lowell District Court this morning to learn that the arresting officer had charged me with assaulting him the same old story as the previous dog charge.

I stated to Judge Walker that I had no intention of surrendering any of my Constitutional right and Government should Indict me.

Judge Walker stated that I had to appear in the Lowell District Court on November 2, 2005 or I would be arrested again. (***Double jeopardy***)

E. J. Frobese