UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERNEST J. FROBESE
        Petitioner,

C. A. No. 05-11549-GAO

UNITED STATES JUSTICE DEPARTMENT
ET AL,
        Respondents

### PLAINTIFFS ANSER
### TO
### D. J. O'TOOLS ORDER OF 10/05/2005

Now comes plaintiff Ernest J. Frobese and moves this honorable Court to reconsider its previous actions and proceed with the Plaintiffs petition for redress or moves its actions to a higher level. And in support of this, states:

That our central or Federal Government was established to protect us in our Lives, Liberty, and Property against wrongful restraints placed upon individuals our groups by a local self interested Government.

The Wit of Habeas Corpus was created to EXPEDITE A PERSONS RIGHT TO CHALENGE THE LIGALITY OR CONSTISUTIONALITY OF ANY GOVERNMENT RESTRANCES OR ERROSION OF THERE LIFE, LIBERTY OR PROPERTY:

                                              Ernest J. Frobese

                                              October 17, 2005