E. J. Frobese
54 Connolly Road
Billerica, MA 01821
Phone (978)808 9584
(978) 667 6437



Clerk of Court
U. S. District Court
1 Courthouse Way Suite 2300
Boston, MA 02210

November 7, 2005

RE: Judge George A. O'Toole Jr. order
C.A. No. 05-11549-GAO

Dear Clerk,

Please find for the record and immediate presentment to the Court my latest response to the above and add another million dollars to the original complaint
I just returned from the Lowell District Court where I was held without bail from Friday the 4 of November to November 7, 2005 for the fourth time on the same charges.
A simple review of the record will show that the Lawyers of Massachusetts have created there own UNCONSTITUTIONAL PROTOCAL totally ignoring the due process of law.

1. Trial by Jury.
2. Indictment by Jury.
3. Unlawful Seizure of Property.
4. Holding me to answer to the same charge 5 or 6 times. Double Jeopardy
5. Enforcing an Ex post facto Law.
6. Entering and seizing property without a warrant, or Due Process.

Today Attorney Oberhauser my Court appointed lawyer was instructed to overturn the conspiracy or alleged Sexual assault conviction and the sentencing to the Tewksbury State Hospital and the return of the $500.00 bail for the dismissed charge by the Sheriffs Dept. when they brutally attacked and seized my Family Home and belongings on Irene Avenue and the return of the $200.00 taken out of my wallet in the basement of the Lowell District Court.
I will not surrender my Constitutional Right to challenge the legality of any Government restraints upon my Life, Liberty or Property under a Writ of Habeas Corpus.

Copies of the same sent to Justice Dept and W. B. Z. TV.
Attorney General MA, Lowell District Court, and Attorney Gregory Oberhauser.

Respectably Yours

E. J. Frobese