E. J. Frobese
54 Connolly Road
Billerica, MA 01821
Phone (978) 667 6437
Cell (978) 808 9584

FILED
IN CLERKS OFFICE

2006 MAY 22  P 2: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

May 19, 2006

Office of the Clerk
United States District Court
John Joseph Moakley Courthouse
1 courthouse Way,
Room 2300
Boston, Ma 02210

Re: correspondence Feb.11, 2006

To Whom It May Concern:

Government is not a business. It is a service created to protect us in or lives, liberty and property and given the right to collect taxes to do so.

It was not intended to be a playground for the hungry Lawyer or other self interest groups to sell there wears.

As Judge D. J. O'Tool stated in his order of 10 / 05 / 05 that I am not new to the Court confirms the fact that I have been petitioning my government for redress for many years to no avail.

All of my complaints over the years have evolved out of the unlawful seizure of my home and children by the Lowell District Court and there Unconstitutional Tactics of fear and smear to force there will on others.

The latest of the many encounters with the legal community the Billerica Police and the Sheriffs Department. (***puppets sent out by the Court to create business***)

Seizing property without due process of law
Denying bail

Arresting and holding without bail many times on the same charge without an indictment.

When I filed a written complaint for a broken windshield on my car when I was witness to the neighborhood boys throwing rocks, there response by the Billerica Police was the same as Judge O'Tool Take them to small claims Court. (***Pass the buck***)

In early April I was stopped by the Billerica Police and charged with speeding and given the option of paying a $200.00 fine or go to Court and protest it I opted to protest it and argued that the charging officer was not there and there where no posted speed limits any wear on that street and that nobody can claim liability unless they can show harm to persons or property.

The magistrate offered to reduce the fine to $100.00 and I refused and was told that I could pay Twenty dollars to the clerk and move the case to a Judge I agued that it was a dispute in law with a value of over twenty dollars and I wonted it to be resolved by a Jury of my peers. When I objected to paying twenty dollars to proceed with my appeal I was told that it would not be expectable and I would be found in default and again they would take away my drivers license.

This unconstitutional protocol and erosion by Government of my Liberty has caused unconditional harm to me and my family. A system of the Lawyers by the Lawyers for the Lawyers and not of the people by the people for the people as intended.

I take exception to this Courts perverted interpretation of the Writ of Habeas Corpus as only applying to prisoners. It is clearly the right of anyone to challenge the legality or constitutionality of any GOVERNMENT restraints upon a persons Life, Liberty or Property and cannot be denied and must be presented to the Court immediately and is to take preference over all other business before the Court.

Once again I move my Government for redress and to add another million dollars in damages to my original petition for Writ of Habeas Corpus.

Truly Yours

Ernest J. Frobese

Copy's: Lowell District Court, U. S. Justice Dept., Attorney General MA and W. B. TV.